# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CARL E. KREHNOVI,<br><br>    Petitioner<br><br>vs.<br><br>DWIGHT NEVEN, *et al.*,<br><br>    Respondents | Case No. 2:15-cv-1645-JAD-GWF<br><br>**ORDER DIRECTING SERVICE AND RESPONSE TO PETITION** |

This is a petition for writ of habeas corpus by Nevada prisoner Carl E. Krehnovi. Krehnovi filed his petition, and paid the filing fee for the action, on August 26, 2015. Having reviewed Krehnovi's petition, ECF 1, under Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, I conclude that it merits service upon respondents and their response.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to:

1. Add Adam Paul Laxalt, Attorney General of the State of Nevada, as counsel for respondents; and

2. Electronically serve upon respondents a copy of the petition for writ of habeas corpus (ECF No. 1) and a copy of this order.

IT IS FURTHER ORDERED that respondents have until November 23, 2015, to appear in this action and to answer or otherwise respond to the petition. If respondents file an answer, petitioner will have 60 days from the date on which the answer is served on him to file and serve a reply. If respondents file a motion to dismiss, petitioner will have 60 days from the date on which the motion is served on him to file and serve a response to the motion to dismiss; respondents will have 30 days after that to file a reply in support of the motion.

Dated this 23rd day of September, 2015.

_____
Jennifer Dorsey
United States District Judge